UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-23606-CIV-JORDAN/O'SULLIVAN

SECURITIES AND EXCHANGE )
COMMISSION, )
)
        Plaintiff, )
)
v. )
)
JOHN "BUCKEYE" EPSTEIN, )
STEVEN E. HUMPHRIES, )
EARTHWORKS ENTERTAINMENT, INC. )
and THE FIGHT ZONE, INC. a/k/a )
GOLD RECYCLE CORPORATION, )
)
        Defendants. )
_____ )

## ORDER GRANTING PLAINTIFF'S MOTION TO SET CIVIL PENALTY AMOUNT AS TO DEFENDANT EARTHWORKS ENTERTAINMENT, INC.

**THIS MATTER** is before the Court on Plaintiff Securities and Exchange Commission's Motion and Memorandum of Law to Set Civil Penalty as to Defendants Earthworks Entertainment, Inc. and The Fight Zone, Inc. a/k/a Gold Recycle Corporation. (D.E. # 38.)

This Court previously entered a Default Judgment of Permanent Injunction and Other Relief against Earthworks. (D.E. # 34.) The Default Judgment of Permanent Injunction provides the Court shall determine the amount of civil money penalty upon the Commission's motion pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. (D.E. # 34 at 4-5.)

**UPON CONSIDERATION** of the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Earthworks is liable for a civil penalty in the amount of $50,000.00, pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d), and Section 21(d) of the Exchange Act, 15 U.S.C. § 78u(d). The total amount, $50,000.00, shall be due and payable within ten days of entry of the Final Judgment. Payment shall be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Earthworks as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the Final Judgment. Earthworks shall simultaneously transmit photocopies of such payment and letter to James M. Carlson, Esq., Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131. Earthworks shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

Earthworks shall not seek or accept, directly or indirectly, reimbursement or indemnification from any source, including but not limited to payment made pursuant to any insurance policy, with regard to any civil penalty amounts that Earthworks pays pursuant to the Final Judgment, regardless of whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors. Earthworks further shall not claim, assert, or apply for a tax deduction or tax credit with regard to any federal, state, or local tax for any penalty amounts that Earthworks pays pursuant to the Final Judgment, regardless of

whether such penalty amounts or any part thereof are added to a distribution fund or otherwise used for the benefit of investors.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of ~~September, 2011.~~ February 2012

_____
**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record